Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

ANGELA SALINAS,                                                 Index No.: 08-CV-2706

                     Plaintiff(s),              **NOTICE OF ADOPTION OF ANSWER**
                                                **TO MASTER COMPLAINT**
  -against-

                                                **ELECTRONICALLY FILED**

233 BROADWAY OWNERS LLC., et al.,

                     Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      May 22, 2008

                        Yours etc.,

                        McGIVNEY & KLUGER, P.C.
                        Attorneys for Defendant
                        RY MANAGEMENT CO., INC., i/s/h/a RY
                        MANAGEMENT (hereinafter referred to as "RY"),

                        By: _____
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel